**Alejandra Mendoza RAMIREZ,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–74483.

United States Court of Appeals,
Ninth Circuit.

cation and is not precedent except as provid-

Submitted Feb. 16, 2010.*

Filed Feb. 24, 2010.

Michelle Gonzalez, Esquire, Michelle Gonzalez, Inc., Huntington Park, CA, for Petitioner.

Lisa Marie Arnold, Senior Litigation Counsel, OIL, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Alejandra Mendoza Ramirez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") order denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Melkonian v. Ashcroft,* 320 F.3d 1061, 1065 (9th Cir.2003), and review de novo constitutional claims, *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir.2000). We deny the petition for review.

Substantial evidence supports the BIA's determination that Mendoza Ramirez failed to establish the ten years of continuous physical presence required for cancellation of removal. *See* 8 U.S.C. § 1229b(d)(2) (departure in excess of ninety days breaks continuous physical presence).

The record does not support Mendoza Ramirez's contention that the IJ's manner of questioning her violated due process. *See Melkonian,* 320 F.3d at 1072.

**PETITION FOR REVIEW DENIED.**

---

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.